U.S. IMMIGRATION
LOS ANGELES INTERNATIONAL AIRPORT
LOS ANGELES, CA.  90045
MEMO TO FILE

A# *40-059-348*          ID# *0327002.*

NAME: *SHAM LAL SOBINO RAM VERMA*
AKA:(Real Name)____UNKNOWN

DATE OF BIRTH: *02-23-1961*          PP#____NONE_____
PLACE OF BIRTH:___INDIA          VISA#__NONE

SEX: MALE                    ARRIVAL FLIGHT: NW-002

DOCUMENT/VISA IRREGULARITIES:

     Subject arrived March 27, 1991 on Northwest Flight 002 without documents. Subject is one of seven such aliens escorted to Immigration Secondary by SII Chavez and II Barranco. Subject does not have any documents nor other evidence pertaining to his identity on his person nor in his belongings. Subject is unwilling to make a statement and Northwest Airlines does not have an Interpreter available. Northwest Airline provided a copy of the subject's passport taken prior to boarding the aircraft.
     Subject is being referred to L.A. District Office pending exclusion hearing.

212(a)(14)(20).
I-122 served on alien on this date 03/27/91.
Alien advised of communication priveleges as per 8 CFR 242.2(e) and a list of adresses and telephone numbers of legal aid services.

                    _Marena Barranco II_
                    Immigration Inspector

                    Supervisory Immigration Inspector
U.S. Address of Detainee:
NONE                _Lina R. Clavz, SII_

Form I-215W (3-27-67)

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

AFFIDAVIT—WITNESS

IN RE: _____ FILE NO. _____

EXECUTED AT _LOS ANGELES, CA_ DATE _03/27/1991_

Before the following officer of the U.S. Immigration and Naturalization Service:

in the _____ language. Interpreter _none_ _____ used.

I, _____, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding _MY APPLICATION FOR ENTRY TO THE UNITED STATES_.

He has told me that my statement must be made freely and voluntarily. I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.

Being duly sworn, I make the following statement:

DUE TO LACK OF INTERPRETER SUBJECT IS UNABLE OR UNWILLING TO GIVE A STATEMENT AT THIS TIME.

IMMIGRATION OFFICER

_Marena Barranco II_

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

# NOTICE TO DETAIN, DEPORT, REMOVE OR PRESENT ALIENS

PORT OF _LOS ANGELES, CA_    DATE _03/27/1991_

To the Owner, Agent, Consignee, Charterer, Master, Commanding Officer, or Officer in Charge of the

_NORTHWEST #002_

(Name of vessel or aircraft identification)

_____ Line.

Pursuant to the provisions of the Immigration and Nationality Act, and the Regulations issued by the Attorney General thereunder, you are directed to—

☐ Detain on-board.

☐ Deport from the United States.

☐ Remove to _____ on _____, 19___, at _____ M.

☒ Present to _Los Angeles District Office_ on _03/28/1991_

for the following reason(s) The below named passenger(s) who arrived on your flight as indicated above is(are) being detained in INS custody to complete inspection at a later date and place. Should he/she be found excludable and ordered by an Immigration Judge, your airline will be held responsible for the cost of his/her removal from the U.S

the alien(s) named below:

| NAME | STATUS ON VESSEL OR AIRCRAFT (1st, 2d, 3d, or tourist class passenger; member of the crew; stowaway etc.) |
|---|---|
| 1. SHANTIAL SOBRAND RAM VERMA | DOB: INDIA   DOB - 02-23-61 |

SEVEN (1)                    SEVEN (1)

_Michael Barranco_
(Immigration Officer)

Receipt of the above notice is hereby acknowledged:

_Susan Allen_                    _3/27_    19_91_, at _10:15_ _A_ M.
(Signature & Title of person signing receipt)    (Date)                     (Time)

_____    _____ 19___, at _____ M.
(Signature & Title of person signing receipt)    (Date)                     (Time)

_____    _____ 19___, at _____ M.
(Signature & Title of person signing receipt)    (Date)                     (Time)

When removed to the immigration station is directed, the alien must be detained at least until the ship on which they arrived departs. Delivery to the immigration station. Such transfer must be made by the most direct and expeditious route with the least possible contact with the public, and at the expense and responsibility of the steamship company. Aliens who have been held for further medical examination in the belief that they are suffering from communicable disease must be completely isolated from other passengers and from the public.

RCVD: PSPT CONTROL MSS ON ALL PSGRS w/COPIES OF DOCS

SHA... LAL SOBINO
RAM VERMA

विवरण/DESCRIPTION

| | |
|---|---|
| लिंग / Sex | Male |
| समिविलय / Domicile | India |
| व्यवसाय / Profession | Business |
| आँख / Colour of eyes | Black |
| ऊँचाई / Height | 1.70 CMS |
| बाल / Colour of hair | Black |
| पिता/पति का नाम / Name of father/husband | Gobind Ram Jai Ram Verma |
| स्थायी पता / Permanent Address | Nandadip Society Room No.17. Chembur, Bombay 71 |
| नाम / Name | Gobind Ram Jai Ram Verma |
| पता / Address | as above |
| संबंध / Relationship | — |

S 770697

जन्म स्थान / Place of birth: Bombay M.S

जन्म की तारीख / Date of birth: 23·2·1961  Sixty one

पहचान के स्पष्ट चिन्ह / Visible Distinguishing marks: mark mole above right eye

S 770697

Gobind Ram Verma

F3 C(30-74U 82

S JJ0697

पासपोर्ट
PASSPORT

भारत
INDIA

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनका इस बात से सरोकार हो, यह प्रार्थना एवं अपेक्षा की जाती है कि बे बाहक को बिना रोक - टोक, आज़ादी से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

These are to request and require in the Name of The President of the Republic of India all those whom it may concern to allow the bearer to pass freely without let or hindrance, and to afford him or her every assistance and protection of which he or she may stand in need.

Given at ............ Bombay ............ में

on ... 6th AUGUST 82 ... को दिया गया
        19

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE REPUBLIC OF INDIA

वि: कु. सावंत H. K. SAWANT
अधिक्षक SUDE ......
पासपो. कार्यालय Passport Office
बंबई Bombay



नाम | SHAM-LAL GOBIND
NAME | RAM VERMA

........... बचे साथ हैं जिनके विवरण नीचे दिए गए हैं ।

ACCOMPANIED BY ... NIL ... CHILDREN WHOSE
PARTICULARS ARE MENTIONED BELOW

| नाम NAME | जन्म की तारीख DATE OF BIRTH | लड़का / लड़की MALE / FEMALE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

राष्ट्रिकता | भारत का नागरिक
NATIONAL STATUS | CITIZEN OF INDIA

इस पासपोर्ट में 36 पृष्ठ हैं ।
This Passport contains 36 pages

S JJ069J

1) यह पासपोर्ट दक्षिण अफ्रीकी गणराज्य को छोड़कर अन्य सभी देशों की यात्रा के लिये वैध है।
This passport is valid for travel to :
ALL COUNTRIES EXCEPT REPUBLIC OF SOUTH AFRICA.

2) यदि अवधि न बढ़ाई जाय तो
इस पासपोर्ट की वैधता    5th August 1987    को समाप्त हो जाएगी।
Unless renewed validity
of this passport expires on

3) संख्या    ....2222....    तारीख    15-7-1982
No.                          Date

इस पासपोर्ट की वैधता    5-8-1992(A)    तक बढ़ाई गई है।
Validity of this passport
is extended up to

S. S. Matondkar
Superintendent
Passport Office
BOMBAY

Validity of this passport
is extended up to

4

---

S JJ069J

विविध सेवा MISCELLANEOUS SERVICE

टिप्पणी OBSERVATION

5

S JJ0697
वीज़ा/VISAS

5039/80    15-4-80

Emigration Clearance Not required



A L Puri

व. एल. पुरी A. L. PURI
पासपोर्ट अधिकारी Passport Officer
पासपोर्ट कार्यालय Passport Office,
बम्बई • BOMBAY.

32

S JJ0697

वीज़ा/VISAS

201390

THE UNITED STATES
OF AMERICA
NONIMMIGRANT VISA
ISSUED AT

BOMBAY

B-1 B-2    13  NOV 1980
CLASSIFICATION         DATE ISSUED

VALID FOR    -TWO-
APPLICATIONS FOR ENTRY UNTIL
13 MAY 1981

ISSUED TO

33

एअर-इंडिया
AIR-INDIA
ISSUED BY

यात्री टिकट और सामान-पत्र (पृष्ठ 3 पर दी गई) शर्तों के अधीन
PASSENGER TICKET AND BAGGAGE CHECK SUBJECT TO CONDITIONS OF CONTRACT ON (PAGE 2)

ENDORSEMENTS/RESTRICTIONS

ORIGIN/DESTINATION: DEL CHV
BOOKING REFERENCE

CONJUNCTION TICKET(S): SITI

098 4410 279 646 4
FORM / SERIAL NUMBER CK

NAME OF PASSENGER: VERMA S/OB
NOT TRANSFERABLE

COUPONS NOT VALID BEFORE: 31 MAY

COUPONS NOT VALID AFTER: 03 DAYS

ISSUED IN EXCHANGE FOR
ORIGINAL ISSUE
CARRIER FORM & SERIAL NO.

DATE OF ISSUE
PLACE / DATE
AGENTS NUMERIC CODE

FLIGHT COUPON 2

CARRIER
FARE CALCULATION

K.K. TRAVEL
14.3·0216 4

TICKET DESIGNATOR: YE 120

TOUR CODE: 577

22 DEC 90

GOOD FOR PASSAGE BETWEEN POINTS OUTLINED IN HEAVY RULE

| FROM | FARE BASIS | ALLOW | CARRIER | FLIGHT/CLASS | DATE | TIME | STATUS |
|---|---|---|---|---|---|---|---|
| DELHI | Y | 20 | AI | | | | NOF |
| TOKYO | E | 20K | NW | | | | |
| LOS ANGELES | Y | 20K | NW | | | | |
| TOKYO | 2 | | AI | | | | |
| DELHI | 3 | | | | | | |

AGENCY NAME/LOCATION/AGENTS NUMBER CODE

| PNR | HG8XL | | | | |
|---|---|---|---|---|---|
| CARRIER | FLIGHT CLASS | DATE | TIME | STATUS | |
| NW | 002 Y | 27 MAR | 1545 | OK | NRI-LIX |

FARE: INR 21165
TOUR FARE PO

ADDITIONAL ENDORSEMENTS & RESTRICTIONS

TAX

TOTAL INR 21165

FORM OF PAYMENT: AO 32151
APT 14·3·02164

PLACE/DATE OF ISSUE/AGENT

FARE

P/NP/C    TC    DISC    AOS    VALUE

DO NOT MARK OR WRITE IN THIS AREA

इस जगह न कुछ निशान लगाएं न कुछ लिखें—DO NOT MARK OR WRITE IN THIS AREA