# Memorandum



| Subject | Date |
|---|---|
| NOTIFICATION | MAY 21 1991 |

| To | From |
|---|---|
| Executive Office for Immigration Review<br>Office of the Immigration Judge<br>Los Angeles, California | INS<br>DIEXM/Deferred Inspection<br>Los Angeles, California |

ALIEN"S NAME AND ADDRESS:

*SHAMLAL SOBINO RAM VERMA*

*3729 WESTWOOD BLud # 8*

*LoJ ANGELES, CA. 90034*

A# _70-059-348_

[✓] I-122 Attached

[ ] Language Spoken _____

[ ] G-28/EOIR-28 Attached

[ ] Alien released on bond _____

[✓] Alien release O/R *May 2, 1991*
                      (date)

[ ] Others _____

_____

_____

Form G-2
(Rev. 1-2-80

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## NOTICE TO APPLICANT FOR ADMISSION DETAINED FOR HEARING
### BEFORE IMMIGRATION JUDGE

To: _SHAMLAL SUBINU RANTVERMA_ Date: _03/27/1991_

A# _70-059-348_

ID# _0327002_

PLEASE TAKE NOTICE THAT:

You do not appear to me to be clearly and beyond a doubt entitled to enter the United States as you may come within the exclusion provisions of Section 212 (a) _(14)(20)_ of the Immigration and Nationality Act, as amended, in that

_____

_____

_____

_____

Therefore you are detained under the provisions of Section 235 (b) of the Immigration and Nationality Act, as amended, for a hearing before a Immigration Judge to determine whether or not you are entitled to enter the United States or whether you shall be excluded and deported. During such hearing you will have the right to be represented by counsel and to have a friend or relative present.

AT THE HEARING BEFORE THE IMMIGRATION JUDGE YOU MUST ESTABLISH THAT YOU ARE ADMISSIBLE TO THE UNITED STATES UNDER ALL PROVISIONS OF THE UNITED STATES IMMIGRATION LAWS.

The hearing

☐ is scheduled for _____ , _____ , _____
                        (Time)              (Date)              (Place)

☑ will be scheduled and you will be notified as to time and place. It is understood that you want the notice of hearing to be sent to you at the following address:

_300 N. Los Angeles St._  _Los Angeles_  _CA 90012_
(Street and Number)   (Apt. No.)   (City)   (Province)   (State)   (County)

_Marena Barranco_
(United States Immigration Officer)

### CERTIFICATE OF SERVICE

Original of this notice was delivered to the above-named applicant by the undersigned on _3-27-91_ and the alien has been advised of communication privileges pursuant to 8 CFR 242.2(e).

_Marena Barranco_
(United States Immigration Officer)

Form I-122

IMMIGRATION AND NATURALIZATION SERVICE
DEFERRED INSPECTION UNIT (LAX)

CONTINUATION SHEET FOR THE CHARGES OF 212(a)(14) ~~(20)

SUBJECT NAME: *SHAM LAL SOBINO RAM - VERMA*
A# *MO-059-340*
ID: *0327002*

212(a)(14):

ALIENS SEEKING TO ENTER THE UNITED STATES, FOR THE PURPOSE OF PERFORMING SKILLED
OR UNSKILLED LABOR, UNLESS THE SECRETARY OF LABOR HAS DETERMINED AND CERTIFIED TO
THE SECRETARY OF STATE AND THE ATTORNEY GENERAL THAT (A) THERE ARE NOT SUFFICIENT
WORKERS WHO ARE ABLE, WILLING, QUALIFIED (OR EQUALLY QUALIFIED IN THE CASE OF
ALIENS WHO ARE MEMBERS OF THE TEACHING PROFESSION OR WHO HAVE EXCEPTIONAL ABILITY
IN THE SCIENCES OR THE ARTS), AND AVAILABLE AT THE TIME OF APPLICATION FOR A VISA
AND ADMISSION TO THE UNITED STATES AND AT THE PLACE WHERE THE ALIEN IS TO PERFORM
SUCH SKILLED OR UNSKILLED LABOR, AND (B) THE EMPLOYMENT OF SUCH ALIENS WILL NOT
ADVERSELY AFFECT THE WAGES AND WORKING CONDITIONS OF THE WORKERS IN THE UNITED
STATES SIMILARLY EMPLOYED.

212(a)(20):

EXCEPT AS OTHERWISE SPECIFICALLY PROVIDED IN THIS ACT, ANY IMMIGRANT WHO AT THE
TIME OF APPLICATION FOR APPLICATION FOR ADMISSION IS NOT IN POSSESSION OF A VALID
UNEXPIRED IMMIGRANT VISA, REENTRY PERMIT, BORDER CROSSING IDENTIFICATION CARD, OR
OTHER VALID ENTRY DOCUMENT REQUIRED BY THIS ACT, AND A VALID UNEXPIRED PASSPORT,
OR OTHER SUITABLE TRAVEL DOCUMENT, OR DOCUMENT OF IDENTITY AND NATIONALITY, IF
SUCH A DOCUMENT IS REQUIRED UNDER THE REGULATIONS ISSUED BY THE ATTORNEY GENERAL
PURSUANT TO SECTION 211(a):