# VAZQUEZ & SARIN

## LAW OFFICES

MARIO F. VAZQUEZ
GARISH SARIN

1557 WEST BEVERLY BOULEVARD
LOS ANGELES, CALIFORNIA 90026-5797
TELEPHONE: 213/250-9309
TELECOPIER: 213/250-1060

MEXICO CITY OFFICE:
SALINAS & VITE
ACAYUCAN 38-B
COLONIA ROMA SUR
MEXICO, D.F. 06760
(525) 564-7256

April 15, 1991


U.S. Department of Justice
Immigration and Naturalization Service
300 North Los Angeles Street
Los Angeles, CA  90012

Attention:  Deferred Inspection
            Supervisor:  Salvatore M. Malgioglio

Re:  Shamlal
Alien Number:  A 700 59348

**RECEIVED**
**APR 15 1991**

Dear Sir:

This office has been retained by Mr. Shamlal, a citizen of India.
Mr. Shamlal entered the United States on March 27, 1990, from a
Northwest flight originating from Tokyo.

At the time of Mr. Shamlal's arrest he had a false passport.  Mr.
Shamlal's real name is Sarjit Singh,  date of birth July 14, 1968.
Mr. Singh is a religious member of the Sikh faith and was fleeing
the political and religious persecution from India.

At your discretion we are requesting that you review Mr. Singh's
application for a bond.

Your professional courtesy and prompt attention to this matter is
deeply appreciated.

Yours very truly,

VAZQUEZ & SARIN

Garish Sarin

GS/rys

AFFIDAVIT

Re:    Shamlal
Alien File Number:  A 700 59348

I declare under penalty of perjury that the foregoing is true and correct.  I entered the United Stated on March 27, 1991, carrying a false passport in the name of Shamlal.

My real name is Sarjit Singh, date of birth July 14, 1968.  I was fleeing India from political and religious persecution.  On my behalf a permanent resident, Daker Ghotra, residing at 3729 Westwood, Los Angeles, California 90034, will provide for my general welfare and expenses.

I hereby request that due consideration at your discretion be given to be released on a bond.

Executed this 12th day of April, 1991, at Los Angeles.

_____
                                     Sarjit Singh