STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
LOS ANGELES, CALIFORNIA

JUN 22 1993
ASSISTANT DISTRICT COUNSEL

RECEIVED
U.S. IMMIGRATION &
NATURALIZATION SERVICE

JUN 16  4 03 PM '93
LOS-DICOU

GARY FINN, ESQ.
1557 W. BEVERLY BL.
LOS ANGELES    CA 90026

JUN 17 1993

ASSISTANT DISTRICT COUNSEL

IN THE MATTER OF            FILE A 70-059-348      DATE: 06/15/93
RAM VERMA, SHAMLAL SOBINO

___ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE. THIS DECISION
IS FINAL UNLESS AN APPEAL IS TAKEN TO THE BOARD OF IMMIGRATION APPEALS BY
RETURNING TO EOIR, OFFICE OF THE IMMIGRATION JUDGE,
300 N LOS ANGELES ST RM 2001, LOS ANGELES, CA. 90012,
THE ENCLOSED COPIES OF FORM EOIR-26, NOTICE OF APPEAL, PROPERLY EXECUTED,
TOGETHER WITH A CERTIFICATE OF SERVICE, WITH PROOF THAT A FEE OF ONE
HUNDRED AND TEN DOLLARS ($110.00) HAS BEEN PAID TO THE IMMIGRATION AND
NATURALIZATION SERVICE ON OR BEFORE   / / .
(PLEASE NOTE:  FEES ARE NOT ACCEPTED BY THE IMMIGRATION COURT!)  IF APPEAL
IS BEING HANDLED BY AN ATTORNEY, S/HE MUST ALSO SUBMIT A NEW FORM EOIR-27.
_X_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE ISSUED AS THE
RESULT OF YOUR FAILURE TO APPEAR AT YOUR DEPORTATION HEARING. THIS DECISION
IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE WITH SECTION
242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C. SECTION
1252b(c)(3).
___ ATTACHED IS AN INFORMATION COPY OF THE ORAL DECISION OF THE IMMIGRATION
JUDGE MADE ON Jun 15, 1993  .
___ ATTACHED, AS REQUESTED, IS A TRANSCRIPT OF RECORD.
___ THE ALIEN/REPRESENTATIVE IS GRANTED UNTIL   / /   TO SUBMIT A BRIEF
TO THIS OFFICE.
___ THE INS IS GRANTED UNTIL   / /   TO SUBMIT A BRIEF TO THIS OFFICE.
___ DECISION NOT SERVED UPON ALIEN (NO ADDRESS PROVIDED).

    PLEASE NOTE:  ANY REQUEST FOR AN EXTENSION OF TIME MUST BE IN THE FORM OF
    A MOTION TO THE JUDGE WITH A CERTIFICATE OF SERVICE ATTACHED.

                                    C. Dorlon
                                    COURT CLERK
                                    OFFICE OF THE IMMIGRATION JUDGE  FF

CC: ALAN S. YOUTSLER, ESQ
    300 NO. LOS ANGELES ST, #8501,
    LOS ANGELES,, CA, 90012

CWJ

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
LOS ANGELES, CA

RECEIVED
U.S. IMMIGRATION &
NATURALIZATION SERVICE
Jun 16  4 03 PM '93
LOS-DIGOU

File A 70-059-348

In the Matter of

In Exclusion Proceedings

RAM VERMA, SHAMLAL SOBINO
    Applicant

CHARGE:  I&N Act Section:
         212(a)(05)(A)(i  )(   ), and 212(a)(07)(A)(i  )(I  )
APPLICATION:

ON BEHALF OF APPLICANT:            ON BEHALF OF THE SERVICE:
 GARY FINN, ESQ.

                                   ALAN S. YOUTSLER, ESQ

          DECISION OF THE IMMIGRATION JUDGE

It is charged in the Form I-122 that the applicant is a native and
citizen of NO NATIONALITY.  Who made application
for Admission to the United States on or about ___4/26/93____
and is charged with being excludable under Section
212(a)(05)(A)(i  )(   ), and 212(a)(07)(A)(i  )(I  )
of the Act.  The Form I-122 was served upon the applicant.

A failure to attend the hearing at the time and place designated
may result in a determination being made by the Immigration Judge
in the applicant's absence.  The applicant was duly notified of the
time and place of the hearing, but without reasonable cause failed
to appear on Jun 15, 1993  .

The law provides inter alia that the Immigration Judge shall have
the power to conduct in absentia hearings, "If any alien has been
given a reasonable opportunity to be present at a proceeding under
this section, and without reasonable cause fails or refuses to
attend ... the (immigration judge) may proceed to a determination in
like manner as if the alien were present.  The Supreme Court in
INS v. Lopez-Mendoza, 104 S. Ct. 3479 (1984), stated "The alien must
be given a reasonable opportunity to be present at the proceeding,
but if the alien fails to avail himself of the opportunity, the
hearing my proceed in his absence."  See also Matter of Charles,
16 I&N Dec. 241 (BIA 1977); Matter of Marallag, 13 I&N Dec. 775
(BIA 1971).

Applicant has failed to appear and failed to establish his eligi-
bility for admission or any discretionary relief.  I will deny all
the applications for lack of prosecution.  Matter of Jean, 17 I&N
Dec. 100 (BIA 1979): Matter of Jaliawala,14 I&N Dec. 664 (BIA 1974).
See also Matter of Perez, Int. Dec. 3025 (BIA March 13, 1987); and
Matter of Patel, Int. Dec. 2993 (BIA September 23, 1985).

CWJ

ORDER: IT IS ORDERED that applicant be excluded from the United
States to                                                                or
on the charge(s) contained in the Form I-122.

Date: 06/15/93

THOMAS FONG
Immigration Judge                        @U