# UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
John F. Kennedy International Airport
Jamaica, New York 11430

## MEMO TO FILE

NAME: SACHDEVA, SATPAL

AKA: — N/A —

DOB: MAY 10, 1968

POB: INDIA

DATE: AUGUST 21, 1994

FILE NUMBER: A72 159 036

I-94 NUMBER: 576356936 04

U.S.ADDRESS: 140-60 BEECH AVE.
FLUSHING, NY 11355
(718) 539-6395

PASSPORT NUMBER: K 136170    COUNTRY OF ISSUANCE: INDIA

NIV NUMBER: — N/A —    POST: — N/A —    CLASS: N/A    DATE OF ISSUANCE: — N/A —

SUBJECT ARRIVED JFKIA - NYC ON AUGUST 21, 1994 VIA TOWER AIR FLIGHT #067 FROM NEW DEHLI PRESENTING FOR INSPECTION A VALID INDIAN PP #K136170, A VALID I-688B, AND COUNTERFEIT I-512 (BOTH I-688B AND I-512 - A72159036). I-512 IS COUNTERFEIT IN THAT THE LETTERING IN THE ENTIRE DOCUMENT IS UNCLEAR AND UNDEFINED AND MACERATION STAMP ON PHOTO IS NOT A TRUE SERVICE STAMP. SUBJECT STATED DURING I-215W TAKEN THIS DATE THAT HE LEFT THE UNITED STATES TO GO TO INDIA BECAUSE HIS FATHER WAS SICK. HE LEFT THE UNITED STATES ON MAY 12, 1994, FOR THIRTEEN WEEKS. SUBJECT ALSO STATED THAT HE OBTAINED THIS I-512 FROM HIS FRIEND NAMED "SANTER SINGH" IN SEATTLE, WASHINGTON. SUBJECT ALSO STATED THAT HE TRIED TO OBTAIN A I-512 AT THE NEW YORK OFFICE BUT WAS REJECTED. HE THEN TRAVELLED TO SEATTLE WHERE HIS FRIEND HELPED HIM. SUBJECT STATED THAT HE HAS BEEN LIVING IN THE UNITED STATES FOR FOUR YEARS AND THIS IS HIS FIRST TRIP OUTSIDE THE U.S. SUBJECT STATED HE ENTERED THE OVER↵

I-122 SERVED ON ALIEN THIS DATE AT 7:10 (am / pm)
(TIME)

Alien advised of communications priviledges as per 8 CFR 242.2(e). List of Free Legal Aid Services, telephone numbers and EOIR-33 given to alien.

HEARING SCHEDULED FOR: _____ at _____ (am / pm)
(DATE)            (TIME)

[ ] WALK-IN TO TRAIL ATTNY
26 FEDERAL PLAZA
NEW YORK, NEW YORK

[✓] ORDERED TO TRIAL ATTNY
ESMOR FACILITY
ELIZABETH, NEW JERSEY

[ ] ORDERED TO SPC
201 VARICK STREET
NEW YORK, NEW YORK

AMOUNT OF MONEY IN ALIEN's POSSESSION: $301.00    AUTHORIZED BY: H. EDWARDS.    CALLED TO E/W SII: — N/A —

II's SIGNATURE: _____    SII's SIGNATURE: _____

II's PRINTED NAME: SIR G. STREETER    SII's PRINTED NAME: K Ali.

JFKIA LOCAL ( REV. 08-17-94 )

U.S. FROM ACROSS THE BORDER WITHOUT INSPECTION. SUBJECT WAS UNAWARE AS TO ~~WHAT~~ WHICH BORDER HE CROSSED. SUBJECT ALSO STATED THAT HE CANNOT RETURN TO INDIA BECAUSE OF THE CRIME THERE AND THAT HE DOESN'T WANT TO GO BACK. AT THIS TIME SUBJECT APPEARS INADMISSIBLE TO THE UNITED STATES UNDER SECTIONS 212(a)(6)(c)(i), (7)(B)(i)(II), AND (7)(A)(i)(I) OF THE INA OF 1990. SUBJECT CHOSE TO GO BEFORE AN IMMIGRATION JUDGE FOR A HEARING IN LIEU OF WITHDRAWING HIS APPLICATION FOR ADMISSION.