# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION & NATURALIZATION SERVICE
NOTICE TO APPLICANT FOR ADMISSION ~~(DETAINED)~~ ~~DEFERRED~~ FOR HEARING
BEFORE IMMIGRATION JUDGE

A 72159036

TO: SACHDEVA          SATPAL                    Date: AUGUST 21, 1994
(last name)          (first name)        11355
     140-60 BEECH  AVE. FLUSHING, NY       (718) 539-6395
(street address)      (city)      (state)   (zip)        (phone #)

Nationality INDIA    Language ENGLISH    Arrival Date AUGUST 21, 1994

Please take notice that:

You do not appear to me to be clearly and beyond a doubt entitled to enter the United States as you may come within the exclusion provisions of the below cited Section(s) of the Immigration and Nationality Act, as amended, in that:

[✓] The Applicant has procured a visa or other documentation by fraud and is seeking to procure entry into the U.S. by fraud or by willfully misrepresenting a material fact [212(a)(6)(C)(i)].

[✓] The Applicant is not in possession of a valid, unexpired Non-immigrant visa and is not exempt the presentation of same. [212(a)(7)(B)(i)(II).

[✓] The Applicant is not in possession of a valid, unexpired travel document and is not exempt the presentation of same. [212(a)(7)(B)(i)(I).

[✓] The Applicant appears to be an immigrant not in possession of a valid, unexpired immigrant visa and is not exempt the presentation of same.  [212(a)(7)(A)(i)(I)].

[ ] _____

[ ] _____

Therefore you are ~~detained~~/deferred under the provisions of Section 235(b) of the Immigration and Nationality Act, as amended, for a hearing before an Immigration Judge to determine whether or not you are entitled to enter the United States or whether you shall be excluded and deported. During such hearing you will have the right to be represented by counsel and to have a friend or relative present.

AT THE HEARING BEFORE THE IMMIGRATION JUDGE YOU MUST ESTABLISH THAT YOU ARE ADMISSIBLE TO THE UNITED STATES UNDER ALL PROVISIONS OF THE UNITED STATES IMMIGRATION LAWS.   THE HEARING

[ ] will be held at the Office of the Immigration Judge, 26 Federal Plaza, corner of Duane & Broadway, 13th floor, Room 13-130, New York, NY 10278 on DATE_____ TIME_____. You must attend this hearing.  This is the only notice you will receive of the hearing set for this date.

[✓] will be scheduled and you will be notified as to time and place.  Notice of the hearing will be sent to you at

( ) the address   ( ) Wackenhut Facility      ( ) U.S.I.N.S./ SPC    (✓) ESMOR Facility
    cited above     Springfield Gardens, NY      201 Varick St.        625 Evans Street
                                                 New York, NY          Elizabeth, NJ

Legal List Provided [✓]
EOIR-33 Provided [✓]                         _____
                                            (United States Immigration Officer) SIR G. STREE

## CERTIFICATE OF SERVICE

Original of this notice was delivered to the above-named applicant by the undersigned on AUGUST 21, 1994 by personal service and the alien has been advised of communication privileges pursuant to 8 CFR 242.2(e). Form and hearing notice were read to the alien in the ENGLISH language.

                                            _____
Form I-122                                  (United States Immigration Officer)    GPO 942 091
(Rev. 7-19-94)                                                                SIR G. STREETER