**U.S. DEPARTMENT OF JUSTICE**

Executive Office for Immigration Review

Office of the Immigration Judge

In the Matter of:

SACHDEVA, SATPAL

Case No.: A 72-159-036

Docket: _____

APPLICANT                 IN EXCLUSION PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _Jan 4, 1995_. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in this case.

☒ Applicant has been ordered excluded and deported from the United States. § 212 (a)(7)A(l)(I)

☐ Applicant is admitted to the United States as a _____ until _____.

☐ As a condition of admission, the applicant is to post a $ _____ Maintenance of Status and Departure Bond.

☐ Applicant's request to withdraw the application for admission to United States is granted. If the applicant fails to depart on or before the date set by the District Director, Immigration and Naturalization Service, the following order shall become immediately effective: Applicant shall be ordered excluded and deported from the United States.

☐ Applicant's application ▓▓▓▓ was ( )granted (X)denied ( )withdrawn ( )other.

☒ Applicant's application for ▓▓▓▓▓▓ was ( )granted (X)denied ( )withdrawn ( )other.

☐ Applicant's application for waiver under Section _____ of the Immigration and Nationality Act was ( )granted ( )denied ( )withdrawn ( )other.

☐ Proceedings were terminated.

☐ The application for adjustment of status under Section (216)(216A)(245)(249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the applicant be issued all appropriate documents necessary to give effect to this order.

☒ Other _Appeal due Jan 17, 1995_

_____

_Esmeralda Cabrera_

Immigration Judge

Date: _Jan 4, 1995_

Appeal:  RESERVED/WAIVED ( A / I / B )

Form EOIR - 38
REV. - JUNE 93