Advance

## U. S.IMMIGRATION & NATURALIZATION SERVICE
## ALIEN TRAVEL WORKSHEET

NAME: _Sachdeva, Satpal_

AKA: _A72 159 036_  # 100 / 165

A FILE: _✓_

PURPOSE: _DOB 5/10/68_

GTR # _PP# K136170_    DOI - 8/21/94    POB India    JFK

POST TO G-104 _____    POSTED BY: _____    DATE: _1-13-94_

|         | DATE    | TIME     | AIRPORT   | FLIGHT # |
|---------|---------|----------|-----------|----------|
| DEPART  | 1-19-95 | 7:00 AM  | JFK       | 66       |
| ARRIVE  | 1/19/95 | 10:30 PM | New Delhi |          |
| DEPART  |         |          |           |          |
| ARRIVE  |         |          |           |          |
| DEPART  |         |          |           |          |
| ARRIVE  |         |          |           |          |

AMOUNT: _____    INS REPRESENTATIVE: _Wiggins, A_

AIRLINE REPRESENTATIVE: _Tower Air Sherrie_    LOCATION: _ELZ_

PHONE # _1-800-221-2500_    DATE: _1-13-94_

COMMENTS: _R/L # I5DSW  Tower Air Bldg #213 (follow signs for Long term Parking, look for "T" signs_

# Department of Justice
## Immigration and Naturalization Service
### Elizabeth Detention Facility
### Official Detail

**File:** A72 159 036

**Date: January 19, 1995**

To: Esmor Officer : _____

Subject: Sachdeva SATPAL _____

A.M.
Beginning at _____ P.M., on 01/19/95 19____, you are directed to perform escort
duty in the case of the above named alien (s) as follows:

Pick up at: __Esmor Detention Facility __ **ALIEN LIKELY TO ABSCOND-USE CAUTION**

-

Deliver to: __JFK Int'l Airport/TOWER AIR /Tower Air Bldg#213____

Other Instructions: Escort alien to JFK Int'l airport and board alien on TOWER AIR flt.#66 departing on 01/19/95 at 7:00pm . Arrive 2 hours prior to departure time. Execute I-296 and return to INS.

Upon conclusion of this detail, you will complete your report in the space s provided below and account for all time which is chargeable to it, returning this Order to this office immediately.

_____

(Signature of Supervisor)

_____

Report: Date:_____

I hereby certify I have complied with
the above Order exactly as directed.
(If not, explain exceptions below).

_____

_____

_____

TIME ACCOUNTING:

| | A.M. |
| EOD FOR THIS DETAIL _____ | P.M. |
| | A.M. |
| RETURNED FROM DETAIL AT _____ | P.M. |

Time charges to: A.M.
CONVEYANCE, Productive _____ P.M.
A.M.
CONVEYANCE, Lost time _____ P.M.

TOTAL HOURS THIS DETAIL _____

_____

☆U.S. GOVERNMENT PRINTING OFFICE    5-921

## ORDER TO DETAIN OR RELEASE ALIEN

| TO:(NAME and TITLE of Person in Charge of Facility) | | | |
|---|---|---|---|
| OIC | | | |

| (Name of Facility) | | | |
|---|---|---|---|
| Esmor Detention Facility | | | |

| Please ☐ Detain ☒ Release | Date | Time |
|---|---|---|
| From Esmor for removal | | |

| Name of Alien | File Number |
|---|---|
| SACHDEVA, Satpal   #100165 | A72 159 036 |

| Age | Date of Birth (Mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| | 08/21/94 | M | India | |

| Nature of Proceedings | Signature of Officer Receiving Alien |
|---|---|
| exclude and deport | |

**REMARKS:**

Custody escort the above named alien to JFK Int'l Airport and board alien on TOWER AIR Flt.#66 departing on 01/19/95 at 7:00pm.

Please arrive 2 hours prior to departure time.

| Signature of Officer Authorizing Action | Title | Office |
|---|---|---|
| Michael Rozos | OIC | INS/ELZDetention |

Form 1-203 (Rev. 7-15-78) Y

UNITED STATES DEPARTMENT OF JUSTICE—Immigration and Naturalization Service