U.S. Department of Justice
Immigration and Naturalization Service

**Notice to Alien Ordered Excluded by Immigration Judge**

| Name of Alien | Date | File No. |
|---|---|---|
| Sachdeva, Satpal | 1/17/95 | 72 159 036 |

An immigration judge has ordered that you be excluded from admission into the United States, and that you be deported from the United States.

If after your deportation is effected, you desire to reenter the United States within one year from the date of such deportation, you must, prior to commencing your travel to this country, request permission from the Attorney General to reapply for admission into the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service.

Your reentry within one year of the date of your deportation without the express permission of the Attorney General will subject you to prosecution as a felon and, if convicted therefor, you could be sentenced to imprisonment for not more than two years or fined not more than $1000, or both.

## RECORD OF EXCLUSION AND DEPORTATION

| | Date | Port | Via |
|---|---|---|---|
| Departure verified: | 1-19-95 | JFK | Tower AIR |
| Signature of Officer | | Title | |

RIGHT INDEX

X Satpal Sachran
*(Signature of person fingerprinted)*

*(Signature of official taking fingerprint)*

Form I-296
(Rev. 12-15-82)Y

**FILE COPY**