OMB No. 1615-0012; Expires 12/31/2015

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-130, Petition for Alien Relative**

**DO NOT WRITE IN THIS BLOCK - FOR USCIS OFFICE ONLY**

APP I130

A# A072159036

**Section of Law/Visa Category**
- [X] 201(b) Spouse - IR-1/CR-1
- [ ] 201(b) Child - IR-2/CR-2
- [ ] 201(b) Parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A) Spouse - F2-1
- [ ] 203(a)(2)(A) Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3) Married S or D - F3-1
- [ ] 203(a)(4) Brother/Sister - F4-1

**Action Stamp**
U.S. Citizenship and Immigration Services
APPROVED
NOV 12 2024
04803 USCIS

WAC1690641260     09/26/2016

**Petition was filed on:** _____ (priority date)
- [X] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigation
- [ ] 203(a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [X] 204(g) Resolved
- [ ] 203(g) Resolved

**Remarks:**

## A. Relationship    You are the petitioner.  Your relative is the beneficiary.

**1. I am filing this petition for my:**
[X] Spouse  [ ] Parent  [ ] Brother/Sister  [ ] Child

**2. Are you related by adoption?**
[ ] Yes  [X] No

**3. Did you gain permanent residence through adoption?**
[ ] Yes  [X] No

## B. Information about you

**1. Name** (Family name in CAPS) (First) (Middle)
SACHDEVA    JASWINDER    KAUR

**2. Address** (Number and Street) 23-24 100th St. (Apt. No.)
140-60 BEACH AVENUE    6A 1st Floor

(Town or City) East    (State/Country)    (Zip/Postal Code)
FLUSHING Elmhurst    NY, USA    11355 11369

**3. Place of Birth** (Town or City)    (State/Country)
Hoshiarpur    India

**4. Date of Birth** [redacted]

**5. Gender**
[ ] Male  [X] Female

**6. Marital Status**
[X] Married  [ ] Single
[ ] Widowed  [ ] Divorced

**7. Other Names Used** (including maiden name)
Sachdeva, Kaur

**8. Date and Place of Present Marriage** (if married)
02/15/2011    Queens, NY

**9. U.S. Social Security Number** (If any) [redacted]

**10. Alien Registration Number**
205225250

**11. Name(s) of Prior Spouse(s)**
Saptal Sachdeva

**12. Date(s) Marriage(s) Ended**
09/30/1998

**13. If you are a U.S. citizen, complete the following:**

My citizenship was acquired through (check one):
- [ ] Birth in the U.S.
- [ ] Naturalization. Give certificate number and date and place of issuance.
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  [ ] Yes. Give certificate number, date and place of issuance. [ ] No

**14. If you are a lawful permanent resident alien, complete the following:**
Date and place of admission for or adjustment to lawful permanent residence and class of admission.
8/9/2016 New York NY Z13

**14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?**
[ ] Yes  [X] No

## C. Information about your relative

**1. Name** (Family name in CAPS) (First) (Middle)
SACHDEVA    SATPAL

**2. Address** (Number and Street)    (Apt. No.)
140-60 BEACH AVENUE    6A

(Town or City)    (State/Country)    (Zip/Postal Code)
FLUSHING    NY, USA    11355

**3. Place of Birth** (Town or City)    (State/Country)
Begowal    India

**4. Date of Birth**
5/10/1968

**5. Gender**
[X] Male  [ ] Female

**6. Marital Status**
[X] Married  [ ] Single
[ ] Widowed  [ ] Divorced

**7. Other Names Used** (including maiden name)
Sham Lal, Surjit Singh

**8. Date and Place of Present Marriage** (if married)
2/15/2011    Queens, NY

**9. U.S. Social Security Number** (If any) [redacted]

**10. Alien Registration Number**
072159036

**11. Name(s) of Prior Spouse(s)**
Jaswinder Kaur
Maritza Figueroa

**12. Date(s) Marriage(s) Ended**
09/30/1998
5/19/2004

**13. Has your relative ever been in the U.S.?** [X] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she arrived as a:    EWI
(visitor, student, stowaway, without inspection, etc.)

**Arrival/Departure Record (I-94)**    **Date arrived**
7/1996

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

**15. Name and address of present employer** (if any)

Date this employment began

**16. Has your relative ever been under immigration proceedings?**
[ ] No [X] Yes Where Elizabeth N When 01/04/1995
[ ] Removal [X] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

INITIAL RECEIPT    RESUBMITTED    RELOCATED: Rec'd    Sent    COMPLETED: Appv'd    Denied    Ret'd

Form I-130 (03/23/15) Y

1016128504500  1903539 653010 51 f592337 092616 15:50 092616 I130-804625

## C. Information about your relative  (continued)

Form I-130 (03/23/15) Y Page 2

**17. List spouse and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| ███████████ | Son | 1/8/1996 | India |
| ███████████ | Son | 9/30/2002 | USA |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 140-60 Beach Avenue, apt 6A | Flushing | NY |

**19. Your relative's address abroad.**  (Include street, city, province and country)                    Phone Number (if any)

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name)                    Address (Include street, city, province and country):

**21. If filing for your spouse, give last address at which you lived together.**  (Include street, city, province, if any, and country):

From:                 To:

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status.**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American consular post in:

| New York | NY | | |
|---|---|---|---|
| (City) | (State) | (City) | (Country) |

NOTE: Designation of a U.S. embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post.  Acceptance is at the discretion of the designated embassy or consulate.

## D.  Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

**2.  Have you ever before filed a petition for this or any other alien?**  ☐ Yes  ☒ No

If "Yes," give name, place and date of filing and result.

**WARNING:** USCIS investigates claimed relationships and verifies the validity of documents.  USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws.  In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligiblity for the benefit that I am seeking.

## E.  Signature of petitioner

*JKS*

Date  09/14/2016    Phone Number ( 718 )  461-9856

## F.  Signature of person preparing this form, if other than the petitioner

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

| Print Name | Roland M Gell, Esq | Signature | | Date | 09/14/2016 |
|---|---|---|---|---|---|
| Address | 299 Broadway Ste 620 New York, NY 1007 | G-28 ID or VOLAG Number, if any. | | | |

Form I-130 (03/23/15) Y Page 2

**Addendum**

**I-130, Petition for Alien Relative**

**Information about your relative**

10.  A070-059-348

1016128504500  1903539 653010 51 f592337 092616 15:50 092616 I130-804625