U.S. Department of Justice
Immigration and Naturalization Service (INS)

Petition for Alien Relative

OMB #1115-0054

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| Case ID# | Action Stamp | RECEIVED<br>INFORMATION<br>MAY 16 2001<br>Immigration and<br>Naturalization Service<br>New York, N.Y.<br><br>RECEIVED<br>APR 27 2001<br>USINS<br>SECTION 245 |
| A# | | |
| G-28 or Volag # | | |

Section of Law:
☐ 201 (b) spouse   ☐ 203 (a)(1)
☐ 201 (b) child    ☐ 203 (a)(2)
☐ 201 (b) parent   ☐ 203 (a)(4)
                    ☐ 203 (a)(5)
AM CON: _____

(priority date) _____
☐ Personal Interview        ☐ Previously Forwarded
☐ Pet. ☐ Ben. "A" File Reviewed   ☐ Stateside Criteria
☐ Field Investigations      ☐ I-485 Simultaneously
☐ 204 (a)(2)(A) Resolved    ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my
☒ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. Are you related by adoption?  ☐ Yes  ☒ No

3. Did you gain permanent residence through adoption?  ☐ Yes  ☒ No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
FIGUEROA  MARITZA

2. Address (Number and Street) (Apartment Number)
42-95 Main Street  #4M
(Town or City) (State/Country) (ZIP/Postal Code)
Flushing  N.Y.  11355

3. Place of Birth (Town or City) (State/Country)
Bronx  N.Y.  USA

4. Date of Birth (Mo/Day/Yr) [redacted]
5. Sex  ☐ Male  ☒ Female
6. Marital Status  ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. Other Names Used (including maiden name)
None

8. Date and Place of Present Marriage (if married)
04-05-01  Yonkers, N.Y.

9. Social Security Number [redacted]
10. Alien Registration Number (if any)

11. Names of Prior Husbands/Wives  12. Date(s) Marriages(s) Ended
N/A

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
☒ Birth in the U.S.
☐ Naturalization (Give number of certificate, date and place it was issued)

☐ Parents
Have you obtained a certificate of citizenship in your own name?
☐ Yes  ☐ No
If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?  ☐ Yes  ☐ No

## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
SACHDEVA  SATPAL

2. Address (Number and Street) (Apartment Number)
42-95 Main St.  #4M
(Town or City) (State/Country) (ZIP/Postal Code)
flushing  N.Y.  11355

3. Place of Birth (Town or City) (State/Country)
India

4. Date of Birth (Mo/Day/Yr)
05-10-68
5. Sex  ☒ Male  ☐ Female
6. Marital Status  ☒ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. Other Names Used (including maiden name)
None

8. Date and Place of Present Marriage (if married)
4.5.01  Yonkers, N.Y.

9. Social Security Number
10. Alien Registration Number (if any)
A 72 159 036

11. Names of Prior Husbands/Wives  12. Date(s) Marriages(s) Ended
Jaswinder Kaur  Divorce 9.30.98

13. Has your relative ever been in the U.S.?  ☒ Yes  ☐ No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94) Number   Date arrived (Month/Day/Year)
9/1996

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

15. Name and address of present employer (if any)

Date this employment began (Month/Day/Year)

16. Has your relative ever been under immigration proceedings?
☒ Yes  ☐ No  Where  N.Y.  When  1995
☒ Exclusion  ☒ Deportation  ☐ Recission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-130 (Rev. 10/13/98)N

## C. (continued) Information about your alien relative

16. List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| ███████ | Son | | India |

17. Address in the United States where your relative intends to live

(Number and Street)    (Town or City)    (State)
42-95  Main St. 34M    Flushing, N.Y. 11355

18. Your relative's address abroad

(Number and Street)    (Town or City)    (Province)    (Country)    (Phone Number)
VPO. Begowal, dist. Kapurthala  Punjab  India

19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:

(Name)    (Number and Street)    (Town or City)    (Province)    (Country)

20. If filing for your husband/wife, give last address at which you both lived together:    From (Month) (Year)    To (Month) (Year)

(Name)    (Number and Street)    (Town or City)    (Province)    (Country)
Sam as col.17

21. Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in _____
(City)    (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at ____ NewYork,NY ____ If your relative is not eligible for adjustment of status, he or she will
(City)    (State)

apply for a visa abroad at the American Consulate in _____
(City)    (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?    ☐ Yes    ☒ No
If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature _mariity higuea_    Date _____    Phone Number _____

### Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____    (Address) _____    (Signature) _____    (Date) _____

R. K. GUPTA
ATTORNEY AT LAW
44 Court St., Suite 916
Brooklyn. N Y 11201

G-28 ID Number _____ 3

V___ ___ber _____