

**U.S. Department of Justice**
Immigration and Naturalization Service

711 Stewart Avenue
Garden City, NY 11530
Section 245

Date:                                        **APR 1 5 2002**

A# 72 159 036

Satpal Sachdeva
42-95 Main Street, Apt #4-M
Flushing, NY 11355

## DECISION

On April 19,2001 you filed an application for Adjustment of Status under section 245 of the Immigration and Naturalization Act ( the Act). Your application for Lawful Permanent Residence is being denied for the following reasons.

Section 245 of the Act provides in pertinent part:

> (a)  The status of an alien who was inspected and admitted or paroled into the United States may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if...(3) an immigrant visa is immediately available to him at the time the application is filed.

On March 11,2002, you were sent a notice requesting you to appear at this office on APRIL 11,2002 for an interview. You failed to appear or to provide a valid reason for your nonappearance.

This decision may not be appealed.  If you believe the law was inappropriately applied or the analysis used in reaching the decision was inconsistent with the information provided or with precedent decisions, you may file a motion to reconsider.  If you have new or additional information, which you wish to have considered, you may file a motion to reopen.

Section 103.5 of Title 8 of the Code of Federal Regulations states, in pertinent part:

> (a) *Motions to reopen or reconsider...*
> > (1) *When filed by affected party-*
> > > (i) *General.* ...Any motion to reconsider an action by the Service filed by an applicant...must be filed within 30 days of the decision that the motion seeks to reconsider.  Any motion to reopen a proceeding before the Service filed by an applicant...must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant...

A motion to reconsider must state the reasons for reconsideration and be supported by copies of any pertinent law, regulation, or precedent decisions.  A motion to reopen must state the new facts to be proved

at the reopened proceeding and be supported by documentary evidence. Any motion should be hand delivered at 26 Federal Plaza.

Any Employment Authorization issued to you based on the filing of your Application to Adjust Status is hereby terminated.

You may be eligible to receive a grant of voluntary departure from the United States. If you wish to request voluntary departure, you must take this notice and go to your local office of the Immigration and Naturalization Service to make that request.

A request for voluntary departure must be made in writing and must be accompanied by your original passport or other travel documentation sufficient to assure your lawful entry into the country to which you intend to depart. If that request is approved, you must also agree to all terms and conditions of the voluntary departure. If that request is approved and you fail to meet the terms and conditions set forth, you will become subject to a civil penalty of not less that $1,000 and not more than $5,000. Failure to meet the terms and conditions will also result in your being ineligible for any further relief from removal from the United States.

If your request for voluntary departure is denied, you may be subject to removal from the United States. You may renew your application for adjustment of status during removal proceedings.

Sincerely,

Edward J. McElroy
District Director
New York District

Cc: R.K. Gupta
    44 Court Street. #916
    Brooklyn, New York 11201

**REGISTERED MAIL RETURN RECEIPT REQUESTED**