**U.S. Department of Homeland Security**　　Subject ID : 401265572　　**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| SACNDEVA, SATPAL | | | M | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| INDIA | | CIP2601000280  072 159 036 | 69 | 190 | Beauty Salon |

| U.S. Address | Scars and Marks |
|---|---|
| 4 ROBIN COURT HICKSVILLE, NEW YORK, 11801, | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single  ☐ Divorced ☐ Married  ☐ Widower ☐ Separated |
|---|---|---|---|
| 03/27/1991 Unknown Time, LAX, WI-Without Inspection | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 05/10/1968 | Age: 57 | 01/15/2026 | CIP/NYC | See I-831 | 01/15/2026 15:27 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| INDIA | | | HENRY TSANG |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Owner | Hr | 02/01/2013 01/15/2026 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1149028253

Left Index fingerprint　　　　　　Right Index fingerprint

```
Family Information
-------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Spouse:Subject is not married.
Child:Subject does not have children or dependents.

IMMIGRATION RECORD
-------------------
History was expected but not provided ...(CONTINUED ON I-831)
```

| | D8896 TOTARAM  Deportation Officer |
|---|---|
| Alien has been advised of communication privileges 06/15/26 JT (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| A-File | Officer: D8896 TOTARAM  on: January 15, 2026　　　　(time)  Disposition: REINSTATEMENT OF DEPORT ORDER I-871  Examining Officer: DIAZ, J 7706 |

Form I-213 (Rev. 08/01/07)

. Department of Homeland Security                    Continuation Page for Form I-213

| len's Name | File Number | Date |
|---|---|---|
| NDEVA, SATPAL | 072 159 036<br>Event No: CIP2601000280 | 01/15/2026 |

ject Health Status
------------------
subject does not claim good health. Please contact your local IHSC health care staff
ber for additional information.

rent Administrative Charges
-----------------------------
15/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

ORDS CHECKED
--------------
checked on 01/15/2026 with Negative result.IAFIS checked on 01/15/2026 with Positive
ult.EARM checked on 01/15/2026 with Positive result.CLAIM checked on 01/15/2026 with
ative result.TECS checked on 01/15/2026 with Positive result.NCIC checked on 01/15/2026
h Positive result.

E AND ADDRESS OF US EMPLOYER
------------------------------
lf, 3426 Steinway St Long Island City, NEW YORK, 11101, UNITED STATES

DS IN POSSESSION
------------------
ted States Dollar 621.00

ested At/Near
--------------
Barretts Ave 11742 Holtsville NY 11742 USA

ord of Deportable/Excludable Alien:
-------------------------------------
PORTATON OFFICER SIGNING THE I-213 ONLY RESPONSIBLE FOR PROCESSING SUBJECT)
Thursday, January 15, 2026, at approximately 1210hrs, Long Island Fugitive Operations,
h IRS and ATF assistance, arrested SACNDEVA, Satpal (A# 072159036; DOB: 05/10/1968; COB:
lia), pursuant to an I-205 Warrant of Removal. SACNDEVA was encountered at U.S.
izenship and Immigration Services, 30 Barretts Ave Holtsville, NY 11742. Officers
ntified themselves as officers with Immigrations and Customs Enforcement and requested
ntification from the subject. The subject provided his Indian passport and confirmed his
e, POB, and DOB. ICE records checks revealed that SACNDEVA is amenable to removal and was
ested pursuant to an I-205 Warrant of Removal. Officers cleared the area and transported
NDEVA to 100 Carman Ave., East Meadow, NY for processing.
EVIOUS IS ARRESTING/CASE OFFICER'S NARRATIVE OF ARREST)

ENAGE AND DEPORTABILITY:
ndeva, Satpal is a male citizen and national of India. Database queries reveal, there are
known derivation of U.S. citizenship issues.

IGRATION HISTORY:
March 27, 1991 Sacndeva, Satpal, entered the United States illegally at Los Angeles
ernational Airport, California using fraudulent documents. Sacndeva, Satpal was
ountered by US Immigration Officials on August 22, 1994 and was served a Notice to Appear
A). On January 04, 1995 Sacndeva, Satpal was issued a final order of removal by an
igration Judge. On January 19, 1995 Sacndeva, Satpal was removed from the United States
India. On or about July 15, 1996 Sacndeva, Satpal reenterd the United States without
ng admitted, inspected or paroled by an Immigration Officer.

| nature | Title |
|---|---|
| 396 TOTARAM | Deportation Officer |

2 of 4 Pages

m I-831 Continuation Page (Rev. 08/01/07)

. Department of Homeland Security                              Continuation Page for Form I-213

| en's Name | File Number | Date |
|---|---|---|
| NDEVA, SATPAL | 072 159 036<br>Event No: CIP2601000280 | 01/15/2026 |

LICATIONS:
ndeva, Satpal an I-485 - Application to Register Permanent Residence or Adjust Status
lications pending with the United States Citizenship and Immigration Services (USCIS). No
eals/motions pending with the Executive Office for Immigration Review (EOIR), the Board
Immigration Appeals (BIA) or the United States Court of Appeals for the Second Circuit.

NTIFICATION:
ndeva, Satpal did not provide ICE/ERO with any documentation.

MINAL HISTORY:
::
IS: 1149028253

ndeva, Satpal do not have any previous or current criminal/ civil encounters with any law
orcement.

ICAL HISTORY:
ndeva, Satpal claims to be diabetic, have high cholesterol and high blood pressure.

DS/PROPERTY:
ndeva, Satpal was in possession of $621.00 USD on G-589 #1285854; Sacndeva, Satpal 's
perty was inventoried on G-589 #1285855.

ILY HISTORY:
ndeva, Satpal claimed to be be married and have two adult sons.

SULAR NOTIFICATION
ndeva, Satpal was notified of his right to notify the consulate of India of his
est/detention. Sacndeva, Satpal declined and ERO CIP did not notify Sacndeva, Satpal 's
sular officials of his arrest/detention.

NE CALL:
ndeva, Satpal called his son ████████████. The call lasted ten (10) minutes

SAMPLE:
# F4874833

LS:
CIP  provided Sacndeva, Satpal a meal and water.

ITARY:
ndeva, Satpal stated he has never served with any of the United States military branches.

G/TERRORISM AFFILIATIONS:
ndeva, Satpal stated he is not affiliated with any gangs or terrorist organizations.

DIBLE FEAR:
ndeva, Satpal did not expressed fear of returning to his native country of India.

ENTIVIZED VOLUNTARY DEPARTURE:
ndeva, Satpal is ineligible for voluntary departure due to being a reinstatement.

POSITION:
January 15, 2026, ERO NYC executed Forms: 8 USC 1815 Fee assessment. I-205, I-213,
249, FD-936 and provided Sacndeva, Satpal with the Online Detainee Locator System (ODLS)
vacy Notice. Sacndeva, Satpal will be processed as reinstatement.

| nature | Title |
|---|---|
| 396 TOTARAM | Deportation Officer |

3 of 4 Pages

m I-831 Continuation Page (Rev. 08/01/07)

. Department of Homeland Security                    Continuation Page for Form I-213

| en's Name | File Number | Date |
|---|---|---|
| :NDEVA, SATPAL | 072 159 036<br>Event No: CIP2601000280 | 01/15/2026 |

)SPACE:
ding approval by ERO NYC TRO SDDO.


.er Identifying Numbers
------------------------
EN-072159036


| nature | | Title |
|---|---|---|
| 396 TOTARAM | | Deportation Officer |

4 of 4 Pages

m I 831 Continuation Page (Rev 08/01/07)