| | |
|---|---|
| **U.S. Department of Homeland Security** | **Notice of Intent/Decision to Reinstate Prior Order** |

File No. 072 159 036

Event No: CIP2601000280

FIN: 1149028253        Date: January 15, 2026

Name: SATPAL   SACNDEVA

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____**Removal**_____ entered against you. This intent
is based on the following determinations:

<div style="margin-left:1em">(Deportation / exclusion / removal)</div>

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on __**January 4, 1995**__ at
<div style="margin-left:6em">(Date)</div>

   **Newark, New Jersey**_____ .
<div style="margin-left:3em">(Location)</div>

2. You have been identified as an alien who:

   ☒  was removed on  **January 19, 1995**  pursuant to an order of deportation / exclusion / removal.
<div style="margin-left:8em">(Date)</div>

   ☐  departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
<div style="margin-left:9em">(Date)</div>
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____**03/27/1991**____ at or near **Las Angeles, CA**_____
<div style="margin-left:10em">(Date)</div>
<div style="margin-left:24em">(Location)</div>

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **ENGLISH**_____ *language.*

**TOTARAM, D8896**_____
<div style="margin-left:3em">(Printed or typed name of official)</div>

_____
<div style="margin-left:24em">(Signature of officer)</div>

**Deportation Officer**
<div style="margin-left:24em">(Title of officer)</div>

---

### Acknowledgment and Response

I ☐ do  ☐ do not  wish to make a statement contesting this determination.

_~~refused to Sign~~_

_____
<div style="margin-left:3em">(Date)</div>

_____
<div style="margin-left:24em">(Signature of Alien)</div>

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**January 15, 2026**_____        **East Meadow, New York**_____
<div style="margin-left:3em">(Date)</div>
<div style="margin-left:14em">(Location)</div>

_____
<div style="margin-left:24em">(Signature of authorized deciding official)</div>

**DIAZ, J 7700**_____        **SDDO**
<div style="margin-left:3em">(Printed or typed name of official)</div>
<div style="margin-left:24em">(Title)</div>

Immigration and Customs Enforcement                                                    Warning for Failure to Depar

| Name: | Field Office: | File #: |
|---|---|---|
| SACNDEVA, SATPAL | CIP-T | 072 159 036 |

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classe: described in section 237(a) who--

(A)    willfully fails or refuses to depart from the United States within a period of 90 days* from the date o' the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B)    willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C)    connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D)    willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*        Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| January 04, 1995 | 212a6Ai |

## Record of Service
### (Check method used)

**Record of Personal Service**

( X )

| Served By: (Print Name and Title of Officer) | Date: |
|---|---|
| D8896 TOTARAM, Deportation Officer | January 15, 2026 |

| Officer's Signature: | Location of Service: |
|---|---|
| | U.S. Immigration & Customs Enforcement DRO - Central Islip, NY Sub Office Islip, NEW YORK, |

| Served On: (Alien's Signature) | Date: |
|---|---|
| *Refused to Sign* | January 15, 2026 |

|  ( )  **Warning administered in Court** | **Record of Personal Service (Cont.** |
|---|---|
| (Copy of order attached) | |

|  ( )  **Certified Mail Service** | **Fingerprint of Alien (Specify finger used)** |
|---|---|
| Attach certified mail receipts here. | RIGHT INDEX |

Form I-229(a)
(Revised 12/04/02)

## ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the ICE officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

☒ Submit passports (current and expired) to ICE. If you have a copy of your passport, you are to submit it.

☒ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.

☒ Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.

☒ Submit to ICE birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.

☒ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.

☒ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.

☒ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.

☒ Provide ICE with written copies of requests to embassies or consulates requesting issuance of a travel document.

☒ Provide ICE with written copies of responses from embassies or consulates regarding your requests.

☒ Solicit permission from another country, which may be able to accept you, to enter that country to affect your removal from the United States.

☒ Provide your true and correct name and date of birth and any other identities you have ever used.

☐ Other:_____ ____

Alien's Signature ___*Refused to Sign*___ A Number _072 159 036_____

Served by _D8896 TOTARAM_____ on _January 15, 2026_ at ___CIP-T_____
                  Officer's Name                         Date                      Location

**To be served with I-229 (a) no later than 30 days after the final order**

(Rev. 04/18/12)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID:401265572
File No: 072 159 036
Event No:CIP2601000280
Date: January 15, 2026

**To any immigration officer of the United States Department of Homeland Security:**

SATPAL SACNDEVA
_____
(Full name of alien)

who entered the United States at  Las Angeles, CA _____ on **March 27, 1991** _____
(Place of entry)                                          (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

212a6Ai;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security

KENNETH GENALO     _K Genalo_____
(Signature of immigration officer)

Field Office Director
(Title of immigration officer)

January 15, 2026
(Date and office location)

ICE Form I-205 (8/07)                                          Page 1 of

To be completed by immigration officer executing the warrant: Name of alien being removed:

SATPAL SACNDEVA

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

_____

(Signature of alien being fingerprinted)

_____

(Signature and title of immigration officer taking print)

Departure witnessed by: _____

(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____

(Signature and title of immigration officer)

ICE Form I-205 (8/07)                                                                    Page 2 of 2

U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

Event No:CIP2601000280

**A-File Number:** 072 159 036

**Date:** 01/15/2026

Alien's name: SATPAL SACNDEVA

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS: It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.**

**SPECIAL NOTICE FOR SEX OFFENDERS: Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.**

_____        _____        _____
(Signature of officer serving warning)              (Title of officer)                        (Location of DHS office)

**U.S. DEPARTMENT OF HOMELAND SECURITY**     **Warrant for Arrest of Alien**

File No. __072 159 036__

Date: __1/15/26__

To:     Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that __SACNDEVA, Satpal__ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

MICHAEL F DAMIANO

Digitally signed by MICHAEL F DAMIANO
DN: cn=MICHAEL F DAMIANO, o=U.S. Government, ou=People, email=MichaeLF.Damiano@ice.dhs.gov, c=US
Date: 2026-01-15T11:14:25-0500

_____
(Signature of Authorized Immigration Officer)

**M. Damiano (a) SDDO**
_____
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at __East Meadow, NY__
                                                                        (Location)

on __Sacudevq, Satpal__ on __01/15/2026__, and the contents of this
      (Name of Alien)              (Date of Service)

notice were read to him or her in the __English__ language.
                                        (Language)

__D. Totaram__ _____          _____
   Name and Signature of Officer              Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)